HON. ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW BURNS AND PATRICIA BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; ON Q FINANCIAL, INC.; NORTHWEST TRUSTEE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; AND JOHN DOES NOS. 1 – 25;<br><br>Defendants. | NO. 2:13-cv-01649-RSL<br><br>STIPULATED MOTION AND ORDER TO EXTEND DUE DATE FOR RESPONSIVE PLEADINGS BY ONQ FINANCIAL, INC.<br><br>**Noting Date: November 22, 2013** |

Plaintiffs Andrew Burns and Patricia Burns, and Defendant OnQ Financial, Inc. ("OnQ"), by their respective undersigned counsel, hereby represent to the Court as follows:

1. Plaintiffs' Complaint arises from the institution of nonjudicial foreclosure proceedings against their home located in King County, Washington.

2. Defendants SunTrust Mortgage Inc. ("Sun Trust"), Mortgage Electronic Registration Systems Inc. ("MERS"), and Federal Home Loan Mortgage Corporation ("Freddie

STIPULATED MOTION AND ORDER TO EXTEND
DUE DATE FOR RESPONSIVE PLEADINGS BY
ONQ FINANCIAL, INC. - 1
(13-01649-RSL)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1  Mac") removed this action to this Court on September 12, 2013. (Dkt. No. 1.)

2      3.    Plaintiffs and SunTrust, MERS, and Freddie Mac have been in the process of exploring the possibility of resolving this matter by way of a loan modification or other loss mitigation efforts. (Dkt. No. 9.)

    4.    On November 4, 2013 Plaintiffs served Defendant OnQ with a state court summons.

    5.    Plaintiffs have agreed to extend the due date for responsive pleadings by Defendant OnQ as the parties are continuing to explore the possibility of a nonjudicial resolution of this matter.

    6.    This is the first request for extension for Defendant OnQ and is not brought for any improper purpose.

In consideration of the foregoing joint and mutual recitals, Plaintiffs and Defendant On Q jointly stipulate to extend the due date for responsive pleadings by Defendant OnQ to December 10, 2013.

## ORDER ON STIPULATION

Having considered the Stipulated Motion of Plaintiffs and Defendant OnQ Financial, Inc., and good cause appearing, the Court GRANTS the request to extend the due date for responsive pleadings by Defendant OnQ. Defendant OnQ shall file its responsive pleadings on or before December 10, 2013.

Dated: December 2, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik

Presented by:

STIPULATED MOTION AND ORDER TO EXTEND
DUE DATE FOR RESPONSIVE PLEADINGS BY
ONQ FINANCIAL, INC. - 2
(13-01649-RSL)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717